# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2302

_____

United States of America,　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　　　Appellee,　　　　 *
　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　　　　v.　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　*　District of Nebraska.
Jose Manuel Garcia-Garcia, also　 *　　[UNPUBLISHED]
known as Jose Garcia-Garcia, also　*
known as Javier Pena-Pena, also known *
as Jonathan Samaniego-Lopez, also　 *
known as Emilio Aguilar-Fuentez, also *
known as Javier Garcia-Pena, also　 *
known as Juan Natalio Luna-Pena, also *
known as Enrique Salsedo,　　　　 *
　　　　　　　　　　　　　　　　　*
　　　　　　　　Appellant.　　　　*

_____

Submitted:　December 7, 2001

Filed:　December 13, 2001

_____

Before WOLLMAN, Chief Judge, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Jose Manuel Garcia-Garcia pleaded guilty to illegal reentry following deportation after conviction for an aggravated felony, in violation of 8 U.S.C.

§ 1326(a) and (b)(2), and the district court[1] sentenced him to 77 months imprisonment and 2 years supervised release. On appeal, counsel has moved to withdraw under Anders v. California, 386 U.S. 738 (1967), and filed a brief arguing that Garcia-Garcia should have received a downward departure because he took extraordinary actions in accepting responsibility.

At sentencing, the district court acknowledged its authority to depart, and thus its discretionary decision not to depart under the circumstances in this case is unreviewable. See United States v. Lim, 235 F.3d 382, 385 (8th Cir. 2000).

Moreover, following our independent review, see Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we affirm the sentence, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.